**Order entered September 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00489-CV

## WELLINGTON REALTY, LLC AND DAVID R. SHAFFER, JR., Appellants

## V.

## SCOTT O'GRADY, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF WELLINGTON REALTY, LLC, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-06133

## ORDER

By motion filed August 30, 2019, appellants seek a two-week extension of time to file their opening brief. Appellants explain that the parties have orally settled their dispute but need additional time to prepare and execute the settlement documents.

We **GRANT** the motion to the extent we **ORDER** appellants to file, no later than September 13, 2019, either a motion to dismiss the appeal under Texas Rule of Appellate Procedure 42.1(a) or a status report.

/s/     ERIN A. NOWELL
        JUSTICE